**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FATES GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEIGHBORHOOD POWER CORPORATION; NEIGHHORBOOD GP, LLC; STEPHEN GATES; DEYLA SERENA TAPPAN; DON NISSANKA; LANKAN BAL; WILLIAM C. MORRO; INTERAMERICAN ACQUISITION GROUP, INC.; ELITE GLOBAL EQUITY, LLC; ELITE CROWN DIAMOND LIMITED; and ELITE GLOBAL EQUITY FUND,<br><br>Defendants. | Case No.: 1:26-cv-9276 |

**TO: UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 Pearl Street**
**New York, NY 10007**

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant Elite Global Equity, LLC ("EGE"), by and through its undersigned counsel, hereby removes the above-captioned action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York under 28 U.S.C. §§ 1332, 1441, and 1446 with full reservation of any and all of Defendants' rights, defenses, objections, claims, and counterclaims. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served on all parties at the addresses listed in the state court complaint filed by Plaintiff Fates Group, LLC, and are being filed in the Supreme Court of the State of New York, New York County.

In support of removal, EGE states as follows:

**THE STATE COURT ACTION**

1. On September 3, 2026, Plaintiff Fates Group, LLC ("Fates") commenced this action by filing a Summons and Verified Complaint (the "Complaint") in the Supreme Court of the State of New York, County of New York, entitled *Fates Group, LLC v. Neighborhood Power Corporation, et al.*, Index No. 655093/2026 (the "State Court Action"). A true copy of Plaintiff's Summons and Complaint is annexed hereto and marked as **Exhibit A**.

2. Plaintiff served EGE through EGE's registered agent, Harvard Business Services, Inc. ("Harvard"), on September 29, 2026. As of today, no Affidavit of Service has been filed with the Court.A true copy of the service email received from EGE's registered agent, dated September 29, 2026, is annexed hereto and marked as **Exhibit B**.

3. Upon information and belief, Plaintiff has yet to serve any other named defendants in the State Court Action.

4. EGE is unaware of any other process, pleadings, or orders served on it in the State Court Action.

**BASIS FOR DIVERSITY JURISDICTION**

5. This Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) because the action is between citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs. The action is therefore removable under 28 U.S.C. § 1441(a).

6. The Complaint alleges that Plaintiff Fates is a limited liability company organized under the laws of Florida with its principal place of business in Florida. A limited liability company takes the citizenship of each of its members for purposes of diversity jurisdiction. *See Bayerische Landesbank v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). Fates' sole member, Gilbert Armenta, is a citizen of Florida. Thus, Plaintiff is also domiciled in Florida.

7. Defendant EGE is a limited liability company organized under the laws of Delaware with its principal place of business in Hawaii. Its sole member is Don Nissanka, a citizen of Missouri who is also an individually-named defendant in the State Court Action.

8. Defendant Nissanka is an individual domiciled in Kansas City, Missouri. Thus, EGE is also domiciled in Missouri. *See Bayerische*, 692 F.3d at 49.

9. Defendant Neighborhood Power Corporation is a corporation organized under the laws of California with its principal place of business in Kahului, Hawaii.

10. Defendant Neighborhood GP, LLC ("Neighborhood GP") is a limited liability company organized under the laws of Hawaii. Neighborhood GP's sole member is Stephen Gates, an individually named defendant in the State Court Action.

11. Defendant Gates is an individual domiciled in Haiku, Hawaii. Thus, Neighborhood GP is also domiciled in Hawaii. *See Bayerische*, 692 F.3d at 49.

12. Defendant Tappan is an individual domiciled in Milwaukie, Oregon.

13. Defendant Bal is an individual domiciled in Seven Hills, New South Wales, Australia.

14. Defendant Morro is an individual domiciled in Chicago, Illinois.

15. Defendant InterAmerican Acquisition Group, Inc. is a Delaware corporation with its principal place of business in San Diego, California.

16. Defendant Elite Crown Diamond Limited is a company incorporated in England and Wales with its registered office in London, England.

17. Defendant Elite Global Equity Fund is an exempted company domiciled in the Cayman Islands.

18. Plaintiff Fates is a citizen of Florida, and no defendants are citizens of Florida. Thus, complete diversity existed when Plaintiff commenced the State Court Action and exists on the date of this Notice of Removal.

19. No defendant is a citizen of New York, the State in which the action was brought. The forum-defendant rule of 28 U.S.C. § 1441(b)(2) therefore does not bar removal.

20. The Complaint expressly alleges "damages in excess of $40,000,000.00." *See* Ex. A, ¶ 1. Under 28 U.S.C. § 1446(c)(2), the sum demanded in good faith in the initial pleading is deemed the amount in controversy. Defendant EGE denies that Plaintiff is entitled to any recovery. Based on the Complaint's allegations, however, the amount in controversy exceeds $75,000, exclusive of interest and costs.

**REMOVAL IS TIMELY AND PROCEDURALLY PROPER**

21. EGE was served via its registered agent, Harvard, on September 29, 2026. *See* Ex. B. Fates has not filed an affidavit of service.

22. EGE is filing this Notice of Removal within 30 days of service. The removal is therefore timely under 28 U.S.C. § 1446(b)(1) and (b)(2)(B).

23. Upon information and belief, EGE is the only defendant that Plaintiff has served. Because Plaintiff has served no other named Defendants, 28 U.S.C. § 1446(b)(2)(A) does not require any of the other named Defendants' consent. Thus, all properly joined and served in defendants consent to removal as 28 U.S.C. § 1446(b)(2)(A) requires.

24. Plaintiff commenced the State Court Action on September 3, 2026. Defendant EGE is removing this action within one year of its commencement, as 28 U.S.C. § 1446(c)(1) requires.

25. This action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending," pursuant to 28 U.S.C.

§ 1441(a). The United States District Court for the Southern District of New York embraces New York County, New York. *See* 28 U.S.C. § 112(b).

26. Venue is proper in this Court because the Southern District of New York embraces New York County, where the State Court Action is pending. 28 U.S.C. §§ 112(b), 1441(a).

27. No previous application has been made for the removal requested herein.

28. Promptly after filing this Notice of Removal, EGE will give written notice of the removal to Plaintiff's counsel and will file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York, as 28 U.S.C. § 1446(d) requires. A copy of the Notice of Filing of Notice of Removal that EGE will file in the State Court Action is annexed hereto and marked as **Exhibit C**.

## PRESERVATION OF RIGHTS

29. By removing this action, EGE does not waive any defense, objection, or motion available under state or federal law. EGE expressly reserves all defenses, including defenses based on insufficient process, insufficient service of process, lack of personal jurisdiction, and failure to state a claim for relief. Defendant EGE does not admit any allegation of the Complaint.

**WHEREFORE**, Defendant Elite Global Equity, LLC removes this action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York, and requests that this action proceed in this Court as properly removed.

Dated: October 22, 2026

New York, NY

**COHEN ZIFFER FRENCHMAN & McKENNA, LLP**

/s/ Kenneth H. Frenchman________
Kenneth H. Frenchman
Meredith Elkins

Jason W. Gallant
1325 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (212) 584-1890
Fax: (212) 584-1891
kfrenchman@cohenziffer.com
melkins@cohenziffer.com
jgallant@cohenziffer.com

*Attorneys for Defendant Elite Global Equity, LLC*