# EXHIBIT B

Outlook

## High Priority Service of Process Received for ELITE GLOBAL EQUITY, LLC

**From** Harvard Mail Team <mail@delawareinc.com>
**Date** Tue 9/29/2026 11:42 AM
**To** Ricardo Espinosa <ricardo@elite.fund>

HARVARD BUSINESS SERVICES, INC.

DELAWAREINC.COM

## Dear Ricardo Espinosa,

We have received a time-sensitive service of process on Sep 29, 2026 for ELITE GLOBAL EQUITY, LLC with jurisdiction in Delaware by personal delivery.

Click Here to View the Documents

Please note that most service of process documents require you to provide the sender (not your Registered Agent) a timely response in order to preserve your rights.

HARVARD BUSINESS SERVICES, INC.

DELAWAREINC.COM

1-800-345-CORP(2677) | INFO@DELAWAREINC.COM

PRIVACY POLICY