# EXHIBIT C

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| FATES GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEIGHBORHOOD POWER CORPORATION; NEIGHHORBOOD GP, LLC; STEPHEN GATES; DEYLA SERENA TAPPAN; DON NISSANKA; LANKAN BAL; WILLIAM C. MORRO; INTERAMERICAN ACQUISITION GROUP, INC.; ELITE GLOBAL EQUITY, LLC; ELITE CROWN DIAMOND LIMITED; and ELITE GLOBAL EQUITY FUND,<br><br>Defendants. | Index No. 655093/2026 |

**NOTICE OF FILING NOTICE OF REMOVAL**

Defendant Elite Global Equity, LLC ("EGE") filed a Notice of Removal with the United States District Court for the Southern District of New York to remove the above-entitled and numbered cause. A copy of the Notice of Removal is attached hereto as **Exhibit A**, and a full copy has been served on Plaintiff.

TAKE FURTHER NOTICE that, upon filing the Notice of Removal with the United States District Court for the Southern District of New York, EGE has effected removal under 28 U.S.C. §§ 1332, 1441, and 1446. Pursuant to 28 U.S.C. § 1446(d), this Court should take no further action.

Dated: October 22, 2026

New York, NY

**COHEN ZIFFER FRENCHMAN & McKENNA, LLP**

/s/ Kenneth H. Frenchman______
Kenneth H. Frenchman
Meredith Elkins
Jason W. Gallant

1325 Avenue of the Americas, 31st Fl.
New York, NY 10019
Telephone: (212) 584-1890
Fax: (212) 584-1891
kfrenchman@cohenziffer.com
melkins@cohenziffer.com
jgallant@cohenziffer.com

*Attorneys for Defendant Elite Global Equity, LLC*