UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FATES GROUP, LLC,

26 Civ. 9276

Plaintiff,

-v-

**MOTION FOR ADMISSION PRO HAC VICE**

NEIGHBORHOOD POWER CORP. *et al.*,

Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JEFFREY C. PEPIN, ESQ. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for FATES GROUP, LLC in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. See Certificate of Good Standing attached as Exhibit "1". I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 30, 2026

Respectfully Submitted,

*/S/ Jeffrey C. Pepin*

Applicant's Name: Jeffrey C. Pepin, Esq.
Firm Name: **XENICK LEBEDEKER PEPIN**
Address: 1615 Forum Place, Suite 3B
City/State/Zip: West Palm Beach, FL 33401
Telephone: (561) 659-7700
Fax: (561) 659-6377
Email: jcp@xlplawfirm.com