**UNITED STAES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| FATES GROUP, LLC, , | Index No.: 1:26-cv-09276-PAE |
| Plaintiff, | **ORDER** |
| – against – | |
| NEIGHBORHOOD POWER CORPORATION, *et al*, | |
| Defendants. | |

---

Upon Plaintiff Fates Group, LLC's Letter Motion for Leave to Effect Alternative Service and For an Extension of Time to Complete Service, and for good cause shown, it is hereby:

ORDERED that Plaintiff's motion is GRANTED.

Plaintiff may serve defendants as follows:

STEPHEN GATES by hand delivery or certified mail to his attorneys Pitcoff Law Group, PC, 230 Park Avenue, 3rd Floor West, New York, NY 10169 or else via his business email: sgates@neighborhoodpower.com; ELITE CROWN DIAMOND LIMITED, ELITE GLOBAL EQUITY FUND, and DON NISSANKA by hand delivery or certified mail to their attorneys Cohen, Ziffer, Frenchman & McKenna, 1325 Avenue of the Americas, New York, NY 10019; LANKAN BAL by hand delivery or certified mail to his U.S. place of business, c/o Elite Global Fund, 4703 Belleview, Kansas City, Missouri 64112; INTERAMERICAN ACQUISITION GROUP, INC. c/o William C. Morro and WILLIAM C. MORRO by certified mail to 436 E North Water St, Unit D, Chicago Il 60611 and publication in local newspaper.

Service shall be deemed complete upon Plaintiff filing proof of service in compliance with this Order.

Plaintiff's time to complete service is hereby extended through February 5, 2027.

The initial pretrial conference is hereby adjourned to February 18, 2027 at 10:00 a.m.

SO ORDERED.

Dated: November 23, 2026

Paul A. Engelmayer

Hon. Paul A. Engelmayer
United States District Judge